### 20104. HEWELL v. THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial; the evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 10, 1929.

*J. A. Darsey,* for plaintiff in error.
*W. H. Connor, solicitor,* contra.